COMMONWEALTH *vs.* ANTHONY J. PINA. April 30, 1975. As the defendant's bill of exceptions and brief are addressed to a ruling which was not made the subject of an exception, nothing is before us for decision. *Commonwealth v. Underwood*, 358 Mass. 506, 509 (1970). The question now sought to be challenged was asked during the course of redirect examination and called for no more than a repetition of a part of the hearsay testimony which the defendant had already elicited during his cross-examination of the witness. The defendant was not

harmed, and there is no risk of a miscarriage of justice. Contrast *Commonwealth* v. *Freeman,* 352 Mass. 556, 563-564 (1967).

*Exceptions overruled.*

The case was submitted on briefs.

*Richard S. Goldstein* for the defendant.

*Helen Murphy Doona,* Assistant District Attorney, for the Commonwealth.